# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 24-CR-150-RAW |
| ) | |
| v. ) | |
| ) | |
| JERRY BRANDON PEARCE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW Jerry Brandon Pearce, by and through his counsel, who hereby advises the Court of his intent to plead guilty to Count Two of the Indictment without a plea agreement.

Respectfully submitted November 19, 2024.

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Federal Public Defender

By:

*s/ Gabrielle Jolliff*
Gabrielle Jolliff, PA Bar No. 331808
Assistant Federal Public Defender
112 N. 7th St.
Muskogee, Oklahoma 74401
Telephone: (918) 687-2430
E-mail: Gabrielle_Jolliff@fd.org
*Counsel for Mr. Pearce*

## CERTIFICATE OF SERVICE

   I certify that on November 19, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Richard John Lorenz
Assistant United States Attorney
520 Denison Ave
Muskogee, OK 74401

                    s/ *Gabrielle Jolliff*
                    Gabrielle Jolliff
                    Assistant Federal Public Defender